UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EDWARD HUMPHREY,<br><br>Plaintiff,<br><br>v.<br><br>MODESTO POLICE DEPARTMENT,<br><br>Defendant. | No. 2:24-cv-01127-DC-CSK (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION TO DISMISS AND DENYING PLAINTIFF'S MOTION TO AMEND<br><br>(Doc. Nos. 13, 16, 22) |

     Plaintiff Thomas Edward Humphrey is proceeding *pro se* and *in forma pauperis* in this civil action initiated on January 1, 2024. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On February 4, 2025 the assigned magistrate judge issued findings and recommendations recommending that Defendant's motion to dismiss (Doc. No. 16) be granted because: (1) the only proper defendant in a Federal Tort Claims Act action is the United States, and Plaintiff has not named the United States as a defendant nor are there allegations to suggest there is a federal government actor; (2) Plaintiff concedes in his motion to amend his complaint that the Federal Tort Claims Act does not apply to Defendant Modesto Police Department; and (3) the complaint lacks a cognizable legal theory and does not allege any viable, specific causes of action besides reference to the Federal Tort Claims Act. (Doc. No. 22 at 5–6.) The magistrate judge also

1  recommended Plaintiff's motion for leave to amend his complaint (Doc. No. 13) be denied
2  because: (1) Plaintiff only proposes adding a claim under the California Torts Claims Act, but
3  that claim is barred by the timeliness requirement under the California Government Claims Act,
4  making such amendment futile; (2) to the extent Plaintiff seeks relief from that timeliness
5  requirement, he would need to file a petition for relief in a California state superior court, not a
6  federal district court; and (3) Plaintiff did not file an opposition to Defendant Modesto Police
7  Department's motion to dismiss. (*Id.* at 7–8.)

8  Those findings and recommendations were served on the parties and contained notice that
9  any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 9.) To date,
10  no objections to the findings and recommendations have been filed, and the time in which to do
11  so has now passed.

12  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
13  *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings
14  and recommendations to be supported by the record and by proper analysis.

15  Accordingly,

16  1.  The findings and recommendations issued on February 4, 2025 (Doc. No. 22) are
17      ADOPTED in full;
18  2.  Defendant Modesto Police Department's motion to dismiss (Doc. No. 16) is
19      GRANTED;
20  3.  Plaintiff's motion for leave to amend his complaint (Doc. No. 13) is DENIED;
21  4.  This action is dismissed due to Plaintiff's failure to state a cognizable claim; and
22  5.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 11, 2025**

Dena Coggins
United States District Judge

2